IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

LIFEGUARD LICENSING CORP. and
POPULARITY PRODUCTS, LLC,

          Plaintiffs,

- against -

JERRY KOZAK, ANN ARBOR T-SHIRT
COMPANY, LLC and RICHARD WINOWIECKI,

          Defendants.

---

Civil Action No. 15-CV-08459-LGS
Judge Lorna G. Schofield
Magistrate Judge James C. Francis IV

## NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law dated December 12, 2016, the Declaration of Thomas P. Heed and exhibits attached thereto, defendants will move this Court before the Honorable James C. Francis IV, Courtroom 18D, 40 Foley Square, New York, New York 10007, for an order (a) precluding Brian Sowers from testifying as an expert witness rebutting James T. Berger; (b) precluding Brian Sowers from testifying as an expert witness rebutting Dr. Thomas Maronick; (c) precluding plaintiffs from using any portion of a report issued by Brian Sowers entitled, "Amended Reply Expert Report of Brian M. Sowers to the Report of James T. Berger;" (d) precluding plaintiffs from using any portion of a report issued by Brian Sowers entitled, "Reply Expert Report of Brian M. Sowers to the Report of Dr. Thomas J. Maronick;" and (e) granting such other and further relief as this Court deems just and proper.

1

Dated: December 12, 2016

        Respectfully submitted,

        By: */s/ Thomas Heed*
        Thomas P. Heed
        Heed Law Group PLLC
        39555 Orchard Hill Place, Suite 600
        Novi, Michigan 48375
        Phone: (248) 465-8655
        Fax: (248) 348-5760
        Email: theed@heedlawgroup.com

        KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
        Norris D. Wolff
        Joshua K. Bromberg
        551 Fifth Avenue, 18th Floor
        New York, New York 10176
        Phone: (212) 986-6000
        Fax: (212) 986-8866
        Email: nwolff@kkwc.com

        Attorneys for Defendants
        ANN ARBOR T-SHIRT COMPANY LLC, JERRY KOZAK, and RICHARD WINOWIECKI

**TO:** Gerald Grunsfeld, Esq. (Gerry@lgelaw.com)
      Lazar, Grunsfeld, Elnadav, LLP
      1795 Coney Island Avenue
      Brooklyn, NY 11230
      Phone: (718) 947-7476
      Fax: (718) 998-1308

      Attorneys for Plaintiffs
      LIFEGUARD LICENSING CORP. and
      POPULARITY PRODUCTS LLC