```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
------------------------------------------------X   ELECTRONICALLY FILED
                                                :   DOC #:_____
LIFEGUARD LICENSING CORP. &                     :   DATE FILED: 3/27/2019
POPULARITY PRODUCTS, LLC,                       :
                                                :
                                                :      15 Civ. 8459 (LGS)
                                  Plaintiffs,   :
                                                :           ORDER
               -against-                        :
                                                :
JERRY KOZAK & ANN ARBOR T-SHIRT                 :
CO., LLC,                                       :
                                                :
                                                :
                                  Defendants.   :
                                                :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 12, 2019, Judge Lehrburger filed a Report and Recommendation (the "Report") recommending (1) dismissing Plaintiffs' Complaint with prejudice; (2) dismissing Defendants' counterclaims as moot without prejudice; (3) denying Defendants' request for summary judgment and (4) denying Defendants' request for an award of attorneys' fees;

WHEREAS, the Report stated that the parties "have fourteen (14) days to file written objections to this Report and Recommendation";

WHEREAS, no Objections were timely filed;

WHEREAS, in reviewing a Report and Recommendation of a magistrate judge, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Poulos, v. City of New York*, No. 14 Civ. 3023, 2018 WL 3745661, at *1 (S.D.N.Y. Aug. 6, 2018) (internal quotation marks omitted);

WHEREAS, the Court finds no clear error on the face of the record. It is hereby

**ORDERED** that the Report is adopted. Plaintiffs' Motion to Dismiss the Complaint and Defendants' counterclaims is GRANTED. Defendants' motion for summary judgment is DENIED. Defendants' application for an award of attorneys' fees is DENIED. The Clerk of Court is directed to close the case.

Dated: March 27, 2019
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**